LAPP, A., et al.

v.

**LANCASTER CO. AG. PRESERVE BOARD**

1845 CD 2016

Commonwealth Court of Pennsylvania.

07/31/2017

Lancaster County Civil Division, CI–13–10969

Affirmed

PETERS, R.

v.

UCBR

1874 CD 2016

Commonwealth Court of Pennsylvania.

07/31/2017

Unemployment Compensation Board of Review, B–593317

Affirmed

THEODORE, B.

v.

UCBR

1977 CD 2016

Commonwealth Court of Pennsylvania.

07/31/2017

Unemployment Compensation Board of Review, B–592147–A

Vacated/Remanded

**NESHANNOCK TWP**

v.

UCBR

2026 CD 2016

Commonwealth Court of Pennsylvania.

07/31/2017

Unemployment Compensation Board of Review, B–593773

Affirmed